UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SELECT RESEARCH LTD.,                                              :
:
                  Plaintiff,              :        24-CV-6419 (JMF)
:
          -v-                                    :           ORDER
:
AMAZON.COM, INC. et al.,                                           :
:
                  Defendants.             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 42, Defendants' earlier motion to dismiss filed at Docket No. 27 is hereby DENIED as moot. In light of the upcoming holidays, Plaintiff's opposition to the new motion to dismiss is due by **December 20, 2024**. Defendants' reply, if any, is due by **January 3, 2025**.

       The Clerk of Court is directed to terminate Docket No. 27.

       SO ORDERED.

Dated: December 4, 2024
       New York, New York

                                              JESSE M. FURMAN
                                        United States District Judge