UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELECT RESEARCH, LTD.,<br><br>    Plaintiff,<br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC,<br><br>    Defendants. | Case No. 1:24-cv-06419-JMF-GWG<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

**PLEASE TAKE NOTICE** that Defendants, Amazon.com, Inc. and Amazon.com Services, LLC (together, "Defendants"), through their undersigned attorneys, hereby move this Court under Federal Rule of Civil Procedure 54(d)(2) for an Order awarding Attorneys' Fees in favor of Defendants and against Plaintiff Select Research, Ltd. ("Plaintiff"). This Motion is based upon this Notice and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the pleadings, records, and papers on file herein, and such other evidence and argument as the Court may consider.

Respectfully submitted,

Dated: November 3, 2025

HUESTON HENNIGAN LLP

By: /s/ Moez M. Kaba

Moez M. Kaba
1 Little W 12th Street
New York, NY
10014 646.930.4046

Plaintiff shall file any opposition to Defendants' motion **no later than November 17, 2025.** Defendants shall a reply, if any, **no later than November 24, 2025.**

SO ORDERED.

/s/ Jesse M. Furman
November 5, 2025

7187617

- 1 -