

Daniel J. Pereira, Ph.D.
(703) 518-4509
DPereira@merchantgould.com

November 10, 2025

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Select Research Ltd. v. Amazon.Com, Inc. et al*
Docket Number: 1:24-cv-06419-JMF

Dear Judge Furman:

    In accordance with Rule 4(A) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff Select Research Ltd. respectfully requests permission for a two (2) week extension of time to file their Response to Plaintiff's Motion for Fees. Counsel for Plaintiff has conferred with counsel for Defendants and they do not oppose this extension.

    The parties are engaged in the United States Court of Appeals for the Second Circuit Civil Appeals Mediation Program. The parties seek additional time to explore resolution of the matter.

    Therefore, Plaintiff respectfully requests that their deadline to file a Response to the motion for fees in relation to this matter be extended up to and including December 1, 2025.

Application GRANTED on consent.  Plaintiff shall file any opposition to Defendants' motion **no later than December 1, 2025.**  Defendants shall file a reply, if any, **no later than December 8, 2025.**  The Clerk of Court is directed to terminate ECF No. 68.

Sincerely,
*/s/ Daniel J. Pereira*
Daniel J. Pereira, Ph.D.

SO ORDERED.
[signature]
November 10, 2025

Merchant & Gould P.C. | 1900 Duke Street | Suite 600 | Alexandria, VA 22314